

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(**Baltimore Division**)

|  |  |  |
|---|---|---|
| IN RE: | * |  |
|  | * | Case No. 10-34611-JS |
| EMPIRE TOWERS CORPORATION |  | (Chapter 7) |
|  | * |  |
| Debtor | * |  |
| JOSEPH J. BELLINGER, TRUSTEE | * |  |
| Plaintiff | * |  |
| v. | * | Adversary No. 12-00704-JS |
| SANDY SPRING BANK | * |  |
| AS SUCCESSOR IN INTEREST |  |  |
| TO COMMERCE FIRST BANK, *et al.* | * |  |
| Defendants | * |  |

### CONSENT ORDER GRANTING MOTION BY
### CHAPTER 7 TRUSTEE FOR APPROVAL OF COMPROMISE OF CLAIMS
### AGAINST SANDY SPRING BANK AND EMPIRE CORPORATION

UPON CONSIDERATION of the Motion by Chapter 7 Trustee to Approve Compromise (the "Motion") of claims against Sandy Spring Bank and Empire Corporation, it appearing that Notice of the Motion has been given, it further appearing that Defendant, Sandy Spring Bank consents to the entry of this Order, and that no objection has been filed to the Motion and that good cause has been shown for granting the relief requested in the Motion, it is, by the United

States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED,** that Plaintiff is authorized to receive the sum of Thirty-Five Thousand and 00/100 Dollars ($35,000.00) from Sandy Spring Bank as full and final satisfaction of all claims and causes of action that the Debtor and the Plaintiff have or may have against Sandy Spring Bank and Empire Corporation in this adversary proceeding, but not as to claims filed against Empire Corporation in any other pending adversary proceeding.  The granting of this Order settles all claims as to Sandy Spring Bank.

| CONSENTED TO: | CONSENTED TO: |
|---|---|
| _/s/ Andrew L. Cole_____ | _/s/ James M. Hoffman _____ |
| Andrew L. Cole, Esquire | James M. Hoffman, Esquire |
| Franklin & Prokopik | Federal Bar No. 04914 |
| The B&O Building | Offit Kurman, P.A. |
| Two North Charles Street, Suite 600 | 4800 Montgomery Lane, 9th Floor |
| Baltimore, MD 21201 | Bethesda, MD 20814 |
| T (410) 752-8700 | T (240) 507-1700 |
| F (410) 752-6868 | F (240) 507-1735 |
| Russj4478@aol.com | jhoffman@offitkurman.com |
| *Counsel for Sandy Spring Bank* | *Counsel for Trustee* |

Copies:
James M. Hoffman, Esquire
Gregory P. Johnson, Esquire
Andrew L. Cole, Esquire
Joseph J. Bellinger, Esquire
Office of United States Trustee

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                                              */s/ James M. Hoffman_____*
                                                                              James M. Hoffman, Esquire

**\*\* END OF ORDER \*\***

4828-3041-7429, v.  1